UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 NOV -8 AM 9:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>SANDRA MIRELLA LOPEZ (1),<br><br>                Defendant. | CASE NO. 10CR3782<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_XX_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_XX_  of the offense(s) of the Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 5, 2010

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE